```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x  MH8329
STEPHEN ADOLPHUS,                       :
                                        :  Civil Action No.
                    Plaintiff,          :
                                        :  13 CV 7200 (MKB)
        - against -                     :
                                        :
ROYAL AIR MAROC,                        :  ANSWER
                                        :
                    Defendant.          :
                                        :
----------------------------------------x
```

Defendant ROYAL AIR MAROC ("RAM"), by and through its attorneys Condon & Forsyth LLP as and for its Answer to the Summons:

1. Denies the allegations in the Summons

## AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

2. The Summons fails to state a claim upon which relief can be granted.

## AS AND FOR A SECOND SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

3. The within action is barred by RAM's conditions of contract which provide, *inter alia*, that schedules are subject to change without notice.

WHEREFORE, defendant ROYAL AIR MAROC demands judgment dismissing the Summons in its entirety or limiting its liability as prayed herein, together with the costs and disbursements of this action and such other and further relief which this Court deems just and proper.

-2-

Dated: New York, New York
       December 18, 2013

                         CONDON & FORSYTH LLP

                         By _____
                             Michael J. Holland MH 8329
                             A Partner of the Firm
                         Attorneys for Defendant
                         ROYAL AIR MAROC
                         7 Times Square
                         New York, New York 10036
                         (212) 490-9100

TO:   Stephen Adolphus
       Plaintiff *Pro Se*
       39-17 45th Street
       Sunnyside, New York  11104
       (718) 729-0091

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

Mary Ann Rooney, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens, New York. That on the 18th day of December 18, 2013, deponent served the within Answer upon:

Stephen Adolphus
39-17 45th Street
Sunnyside, New York  11104

At the address designated by said individual for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Mary Ann Rooney

Sworn to before me this
18th day of December, 2013

_____
Notary Public

MICHAEL J. HOLLAND
Notary Public, State of New York
No. 41-4501283
Qualified in Nassau County
Commission Expires August 31, 2017