

Direct Dial: (212) 894-6740
Direct Fax:  (212) 370-4482
mholland@condonlaw.com

VIA ECF

February 4, 2014

Honorable Margo K. Brodie
United States District Judge
United States District Court
Eastern District Of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   Stephen Adolphus v. Royal Air Maroc
      13 CV 7200 (MKB)(MDG)

      John Bradley v. Royal Air Maroc
      13 CV 7201 (JG)(VVP)

      Marc Leavitt v. Royal Air Maroc
      13 CV 7202 (NGG)(JMA)

      C and F Ref:  7916

Dear Judge Brodie:

The undersigned represent Royal Air Maroc in the above-captioned matters.  Initial conferences have been scheduled in each of the above cases, which were subsequently referred for arbitration to take place on April 29, 2014, April 25, 2014, and April 30, 2014, respectively.

These cases are "related civil cases" as defined by Local Rule 50.3.1, as they arise from the same transaction and a substantial saving of judicial resources likely would result from assigning these cases to the same District Judge and Magistrate Judge.

For the foregoing reasons, we respectfully request that these cases should be referred to a single District Judge and Magistrate Judge for further proceedings.

CONDON // FORSYTH

Honorable Margo K. Brodie
United States District Judge
February 4, 2014
Page 2

Respectfully yours,

CONDON & FORSYTH LLP

By _____
     Michael J. Holland

MJH/mar

cc:   Honorable John Gleeson
      United States District Judge

      Honorable Nicholas G. Garaufis
      United States District Judge

      Honorable Judge Pohorelsky
      United States Magistrate Judge

      Honorable Joan M. Azrack
      United States Magistrate Judge

      Honorable Marilyn D. Go
      United States Magistrate Judge

      Marc Leavitt, Esq. [Via Regular Mail]
      45-29 47th Street
      Woodside, New York 11377

      Mr. John Bradley [Via Regular Mail]
      543 48th Avenue, #6D
      Long Island City, New York 11101

CONDON // FORSYTH