UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
**Stephen Adolphus**
        -Plaintiff,

-against-                              **13-cv-7200(MKB)(MDG)**

**Royal Air Maroc**,
        -Defendant.
-------------------------------------------------------X

    <u>NOTICE FOR APPOINTMENT OF ARBITRATOR and NOTICE OF ARBITRATION HEARING</u>

    The Arbitration Hearing is scheduled for **<u>July 16, 2014 at 9:30 a.m.</u>** before the following arbitrator selected from the Court's Panel of Arbitrators:

Joseph John Ortego
Nixon Peabody
437 Madison Avenue
New York, NY
212-940-3000
Fax: 212-940-3111
Email: jortego@nixonpeabody.com

The hearing will be held at the following location:  Nixon Peabody, LLP, 437 Madison Avenue, New York, NY.  (212) 940-3000, Fax: 212-940-3111, Email: jortego@nixonpeabody.com.

<u>DISCLOSURE:</u>
       No arbitrator may serve in any matter in violation of the standards set forth in Section 455, Title 28 U.S. Code.  The arbitrator shall promptly disclose in writing to all counsel any concern the arbitrator may have that a circumstance covered by subparagraph (a) might exist; i.e., any circumstance in which the Arbitrator's impartiality might reasonably be questioned.

<u>ADJOURNMENT</u>
       Counsel are not authorized the change the hearing date set forth in this Order.  The arbitrator may change the arbitration hearing date, one time,  provided the hearing is rescheduled and reset within 30 days of the hearing date set forth in this Order.  Continuances beyond a 30 day period must be approved by the Court.  Any request to adjourn must be posted to the ECF docket. ***Telephone calls requesting adjournment are not permitted***.

<u>ELECTRONIC CASE FILING:</u>

Pursuant to Administrative Order 2004-08, all correspondence related to this case, including request to adjourn a hearing must be filed electronically. Counsel for plaintiff shall notify all parties, including the Arbitrator, of settlement or dismissal of the case.

Dated: May 16, 2014

Rita Credle, Case Processing Clerk
U.S. District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY  11201
Tele:  (718) 613-2326
Fax: 718-613-2399
Email: rita_credle#nyed.uscourts.gov