UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
STEPHEN ADOLPHUS, JOHN BRADLEY,
And MARC LEAVITT,

               PlaintiffS,

                                                                JUDGMENT
   -against-                                                   13-CV-7200(MKB)

ROYAL AIR MAROC,

             Defendant.
-----------------------------------------------------X

      An Arbitration hearing having been held on September 9, 2014, and an Award having been entered on September 30, 2014, making an Award in favor of the defendant, Royal Air Maroc, dismissing the complaint on its merits, and no request for a trial de novo having been made, it is

      ORDERED AND ADJUDGED that plaintiffs Stephen Adolphus, John Bradley, and Marc Leavitt shall recover nothing of defendant Royal Air Maroc.

Dated: November 21, 2014
       Brooklyn, New York

                                                           Douglas C. Palmer
                                                           Clerk of Court
                                        By:

                                                           Michele Gapinski,
                                                           Chief Deputy for Court Operations